

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Wayne Lefevre
County Auditor
Clay County
Henrietta, Texas

Dear Sir:

Opinion No. O-1284
Re: The charge for issuing a redemption
certificate and whether the com-
missioners' court may waive the collec-
tion of same by the tax assessor-
collector.

We have considered herein your request for an
opinion as contained in the paragraph numbered "3" in
your letter of August 2nd, which portion thereof reads
as follows:

"3. Does the law set up that a charge
of 50¢ for issuing of redemption certificates?
Will the Commissioners' Court be acting within
its authority to not hold the tax assessor-
collector responsible for the amount if not
collected by the tax assessor-collector?"

Article 7287, R. C. S. of 1925, provides:

"When the owner of such lands shall
have redeemed the same from a private pur-
chaser, the tax collector shall furnish him
a certificate to that effect; and upon pre-
sentment of said certificate to the Comp-
troller, the Comptroller shall issue to him
a warrant upon the State Treasury for the
amount of such tax. This warrant shall be
receivable for all taxes to the State. For
issuing the certificate provided for in this
article, the tax collector shall be allowed the
sum of fifty cents to be paid by the appli-
cant."

The above article provides that the tax collector
shall be allowed the sum of 50¢ to be paid by the applicant
for issuing the certificates mentioned. Where the statute
provides for a fee to be collected for services rendered

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Wayne Lefevre, Page 2

by a county official, it is his duty to collect said fee. The tax collector of Clay County being a fee officer, whose compensation is paid on an annual fee basis, he is required to account for said fees in his report to the county under the provisions of the maximum fee bill statutes. In this connection, we call your attention to Article 102 of the Penal Code of Texas, 1925, which provides a penalty for failure of any county officer to collect such fees allowed by law or who fails to charge up the fees that may be due under existing laws or who shall remit any fee that may be due under the laws or who shall fail to make the report required by law.

It is therefore the opinion of this department that the tax assessor-collector is charged by law with collecting 50¢ for the issuing of each certificate of redemption as provided in Article 7287, R. C. S. 1925. The commissioners' court has no authority to waive the collection of this fee and the accounting for same by the tax assessor-collector.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Wm. J. R. King
Assistant

WmK:AW

APPROVED SEP 1, 1939

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN